# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| SHUNTAY A. SHEARER, | : | |
| Plaintiff | : | |
| VS. | : | |
| UNNAMED DEFENDANT(S), | : | NO. 5:16-CV-136-CAR-CHW |
| Defendants | : | **O R D E R** |

Plaintiff Shuntay A. Shearer, an inmate at Baldwin State Prison, mailed a letter to the United States District Court for the Northern District of Georgia on or about March 17, 2016. The Clerk's Office docketed the letter as a civil rights complaint under 42 U.S.C. § 1983. (ECF No. 1). Because Plaintiff complained of events occurring in Hardwick, the case was transferred to this Court. (ECF Nos. 2, 5). A review of Court records reveals, however, that on March 21, 2016, Plaintiff filed a nearly identical letter in this Court, which was likewise docketed as a civil rights complaint under section 1983. *See Shearer v. Baldwin State Prison*, 5:16-cv-115-CAR-MSH ("*Shearer I*"). *Shearer I* remains pending in this Court.

"A district court has the inherent authority to manage its own docket 'so as to achieve the orderly and expeditious disposition of cases.'" *Equity Lifestyle Props., Inc. v. Florida Mowing & Landscape Serv., Inc.*, 556 F.3d 1232, 1240 (11th Cir. 2009) (quoting *Chambers v. NASCO, Inc.*, 501 U.S. 32, 43 (1991)). A general principle of such

management is to avoid duplicative litigation.  *Colo. River Water Conservation Dist. v. United States*, 424 U.S. 800, 817 (1976).  "[A] suit is duplicative of another suit if the parties, issues, and available relief do not significantly differ between the two actions."  *I. A. Durbin, Inc. v. Jefferson Nat'l Bank*, 793 F.2d 1541, 1551 (11th Cir. 1986).  Plaintiff's claims in the instant case duplicate the allegations of *Shearer I*.  In order to avoid duplicative litigation, the Court will **DISMISS WITHOUT PREJUDICE** the instant action.

Leave to proceed *in forma pauperis* is **GRANTED** only for the purpose of dismissal.

**SO ORDERED**, this 28th day of APRIL 2016.

S/ C. Ashley Royal
C. ASHLEY ROYAL, JUDGE
UNITED STATES DISTRICT COURT